IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00466-ZLW-BNB

JAMES RALPH DAWSON, JR.,

Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTION EX REL AL ESTEP,
SHANE JOHNSON,
JOHN BOWKER,
ENDRE SAMU, and
DANY ADAMS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Invoke Court's Jurisdictional Assistance Pursuant to 18 U.S.C. 241 and 242/245** (the "Motion"), filed November 1, 2005. The plaintiff asserts that prison officials are intimidating him. The plaintiff requests that the Court "refer the incident to the United States Justice Department or F.B.I. under 18 U.S.C. 241, 242, and 245." *Motion*, pp. 1-2. The statutes cited by the plaintiff do not authorize this court to take the requested action.

IT IS ORDERED that the Motion is DENIED.

Dated November 9, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge