IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00466-ZLW-BNB

JAMES RALPH DAWSON, JR.,

Plaintiff,

v.

SHANE JOHNSON, and
JOHN BOWKER,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Dismiss Defendant Endre Samu from Civil Rights Complaint** [Doc. # 82, filed 2/28/06] (the "Motion"). The plaintiff moves to dismiss defendant Samu from this action, without prejudice.

On March 10, 2006, the district judge dismissed <u>with prejudice</u> all claims against defendant Samu. In view of the district judge's order,

IT IS ORDERED that the Motion is MOOT.

Dated March 10, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge