IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00466-ZLW-BNB

JAMES RALPH DAWSON, JR.,

Plaintiff,

v.

SHANE JOHNSON, and
JOHN BOWKER,

Defendants.
_____

**ORDER**
_____

This matter is before me on plaintiff James Dawson's letter [Doc. #106, filed 6/23/06] (the "Letter").[1] The plaintiff is incarcerated at the Limon Correctional Facility ("LCF"). The plaintiff complains that LCF will not permit him to contact the Court for a settlement conference on July 11, 2006. The Letter states "[p]lease let me know what I should do."

Counsel for the defendants has informed the Court that she contacted LCF and that LCF has made arrangements for the plaintiff to call the Court for the upcoming settlement conference. Accordingly, the plaintiff's Letter is moot.

In addition, "[a]n application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought. . . . The rules applicable to captions and other matters of form of pleadings apply to all motions and other papers provided for by these rules." Fed.R.Civ.P. 7(b). The plaintiff improperly submitted his request in the form of a letter, not in the form of a motion, as required. Moreover, the Letter

---

[1] An identical letter is docketed as entry No.105. However, entry No. 105 is docketed solely as a letter, not as a pending motion.

does not request specific relief.

IT IS ORDERED that the Letter is DENIED AS MOOT.

IT IS FURTHER ORDERED that, in the future, all applications to the Court for relief shall be submitted in the form of a motion and shall request specific relief.

Dated July 10, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge