IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00466-ZLW-BNB

JAMES RALPH DAWSON, JR.,

Plaintiff,

v.

SHANE JOHNSON, and
JOHN BOWKER,

Defendants.
_____

**ORDER**
_____

This matter arises in connection with a letter sent directly to me by the plaintiff, James Dawson [Doc. #126, filed 12/13/2006] (the "Letter"). The plaintiff is represented by counsel.

Local rule of practice 77.2, D.C.COLOLCivR, provides in relevant part:

> In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings, or other papers or copies directly to a judicial officer.

The plaintiff's Letter, sent directly to me, violates this local rule.

In addition, the plaintiff should communicate with the court through his counsel.

IT IS ORDERED that the Letter is STRICKEN.

Dated December 14, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge