IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00466-ZLW-BNB

JAMES RALPH DAWSON, JR.,

Plaintiff,

v.

SHANE JOHNSON, and
JOHN BOWKER,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff Dawson's Motion to Reopen Discovery** [Doc. # 119, filed 11/21/2006] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED to the following extent:

(1)     The plaintiff may depose each of the defendants and Al Estep, and the defendants may depose the plaintiff. No deposition shall exceed four hours of testimony, and the depositions must be completed on or before **February 2, 2007**; and

(2)     The plaintiff may serve production requests or a subpoena duces tecum, as the parties may agree, for the production of the following:

(a)     The plaintiff's inmate file from January 1, 2000, to the present;

(b)     All Step I, Step II, and Step III grievances filed by the plaintiff on or after January 1, 2002, and responses thereto;

   (c) Documents reflecting all disciplinary proceedings against the plaintiff on or after January 1, 2002;

   (d) Copies of all applicable grievance policy and procedures and of the Code of Penal Discipline in effect at the times relevant to the plaintiffs claims; and

   (e) Portions of the personnel files of the defendants concerning any discipline or sanctions imposed on them and all performance evaluations and reviews dated on or after January 1, 2000.

IT IS FURTHER ORDERED that responsive documents shall be provided to plaintiff's counsel on a rolling basis as they become available, but all responsive documents must be produced on or before **January 12, 2007**.

IT IS FURTHER ORDERED that the Motion is DENIED in all other respects.

IT IS FURTHER ORDERED that the depositions permitted here may be taken on three days prior written notice.

IT IS FURTHER ORDERED that the parties may submit for my review a proposed protective order limiting the use and further disclosure of information, if they believe such a protective order is appropriate. The motion for protective order, if any, must be filed on or before **December 18, 2006**.

Dated December 14, 2006.

            BY THE COURT:

             s/ Boyd N. Boland
            United States Magistrate Judge