IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

February 21, 2007

Suzanne Claar, Court Reporter
LaDonne Bush, Deputy Clerk

Civil Action No. 03-cv-00466-ZLW-BNB

| | |
|---|---|
| JAMES RALPH DAWSON, JR., | Joseph T. Jaros |
| | Ryan Bergsieker |
| Plaintiff, | |
| v. | |
| SHANE JOHNSON and | Nicole Gellar |
| JOHN BOWKER, | Jess A. Dance |
| Defendants. | |

## COURTROOM MINUTES

**Trial Preparation Conference**

2:15 p.m.     Court in session.

Preliminary comments by the Court.

2:23 p.m.     Argument by Mr. Dance.

2:40 p.m.     Argument by Mr. Jaros.

2:53 p.m.     Argument by Ms. Gellar.

3:04 p.m.     Further argument by Mr. Dance.

**ORDERED:**  Plaintiff will appear by videoconferencing and not in person.  He will have every opportunity to confer confidentially with counsel before the trial, during the trial and after the trial.

**ORDERED:** With regard to Plaintiff Dawson's Motion In Limine (Doc. 133) and Defendants' Motion In Limine (Motion To Admit Evidence Of Prior Convictions) (Doc. 134), evidence of the murder and assault convictions will not be admitted. Evidence of other crimes which go to credibility will be admitted. Only the crime and the date of the conviction may be admitted.

3:13 p.m.    Further argument by Ms. Dance.

3:23 p.m.    Further argument by Mr. Jaros.

**ORDERED:** Mr. O'Connor may only be called as a witness to rebut Plaintiff's evidence or testimony. Mr. Jones may be called as a witness only if Plaintiff opens the door.

Counsel do not ask to file trial briefs.

Court states that opening statements shall be no longer than 15 minutes per side and exhibits shall not be mentioned in opening statements unless they have been admitted.

Court instructs counsel to submit stipulations to the Court's law clerk, Nancy Potter.

Counsel agree to confer regarding the number of jurors.

Court instructs counsel to submit jury instructions no later than five days before trial.

Court will conduct all of the voir dire. Court instructs counsel to submit proposed voir dire questions with the jury instructions.

Court informs counsel that there shall be no surprises at trial.

Court reminds counsel to submit witness and exhibit lists on the first morning of trial.

Court states that jury selection shall begin at 10:30 a.m. on Monday, March 12, 2007.

3:35 p.m.    Court in recess.

Hearing concluded.

Time: 1:20