IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-0466-ZLW-BNB

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

SHANE JOHNSON, and
JOHN BOWKER,

    Defendants.

_____

ORDER
_____

The matters before the Court are Plaintiff's Motion By Represented Party For Leave To File Pro Se Motion . . . (Doc. No. 142) and Plaintiff's Motion For Judgment As A Matter of Law Pursuant To Federal Rule Of Civil Procedure 50(a)(1)(2) [sic] (Doc No. 141).  Plaintiff's Motion For Judgment As A Matter Of Law is premature, since motions pursuant to Fed. R. Civ. P. 50  may be made only during trial,[1] and trial in this case has not yet commenced.  The deadline for pretrial dispositive motions in this case has passed.  Accordingly, it is

---

[1] See Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250-51 (1986); see also In re M & L Business Mach. Co., Inc., 181 B.R. 530, 532 (D. Colo. 1995) ("a motion for judgment as a matter of law can only be made at a jury trial, after evidence has already been admitted, and before the case has been submitted to the jury.").

ORDERED that Plaintiff's Motion By Represented Party For Leave To File Pro Se Motion . . . (Doc. No. 142) is granted. It is

FURTHER ORDERED that Plaintiff shall not file further pro se motions in this case while represented by counsel. It is

FURTHER ORDERED that Plaintiff's Motion For Judgment As A Matter of Law Pursuant To Federal Rule Of Civil Procedure 50(a)(1)(2) [sic] (Doc No. 141) is denied without prejudice, and Plaintiff may, through counsel, file an appropriate Rule 50 motion during trial.

DATED at Denver, Colorado, this __6__ day of March, 2007.

BY THE COURT:

*[signature]*
_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court