IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 03-cv-0466-ZLW-BNB

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

SHANE JOHNSON, and
JOHN BOWKER,

    Defendants.

_____

ORDER
_____

The matters before the Court are (1) Plaintiff Dawson's Supplemental Authority And Brief In Support Of Motion In Limine, which the Court treats as a motion for reconsideration of the Court's February 21, 2007, Order denying Plaintiff's motion in limine with respect to prior convictions involving credibility,[1] and (2) Defendants' Motion To Strike Plaintiff's Supplemental Authority And Brief In Support Of Motion In Limine, and the Supplement thereto. After considering the parties' papers and the legal authority cited therein, the Court declines to reverse the prior ruling. In particular, the relatively large number of prior convictions of Plaintiff for crimes involving dishonesty, coupled with the fact that Plaintiff has been incarcerated since 1992, and thus has had

---

[1] See February 21, 2007, Courtroom Minutes.

no opportunity to commit further crimes for fifteen years, distinguishes this case and supports the admission of very limited evidence concerning the prior convictions. Accordingly, it is

ORDERED that Plaintiff Dawson's Supplemental Authority And Brief In Support Of Motion In Limine (Doc. No. 147), treated as a motion for reconsideration, is denied. It is

FURTHER ORDERED that Defendants' Motion To Strike Plaintiff's Supplemental Authority And Brief In Support Of Motion In Limine (Doc. No. 148) is denied as moot.

DATED at Denver, Colorado, this   7   day of March, 2007.

BY THE COURT:

ZITA L. WEINSHIENK,  Senior Judge
United States District Court