IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 03-cv-00466-ZLW-BNB

JAMES RALPH DAWSON, JR.,

       Plaintiff,

v.

SHANE JOHNSON, and
JOHN BOWKER,

       Defendants.

---

STIPULATION AND ORDER REGARDING CUSTODY OF DEPOSITIONS AND EXHIBITS

---

       It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective depositions and exhibits until such time as all need for the depositions and exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

       DATED at Denver, Colorado, this __14__ day of __March__, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

_____
Attorney for Plaintiff

_____
Attorney for Defendant