IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 03-cv-0466-ZLW-BNB

JAMES RALPH DAWSON, JR.,

    Plaintiff,

v.

SHANE JOHNSON, and
JOHN BOWKER,

    Defendants.

_____

## ORDER
_____

    The matter before the Court is Defendants' Motion To Reconsider Award Of Costs. Having reconsidered the issue of costs, the Court determines that costs shall be awarded to Defendants as the prevailing parties in this case pursuant to Fed. R. Civ. P. 54(d). Accordingly, it is

    ORDERED that Defendants' Motion To Reconsider Award Of Costs (Doc. No. 168) is granted. It is

    FURTHER ORDERED that the Judgment entered in this case on March 16, 2007, is amended to state that Defendants are awarded their costs pursuant to

Fed. R. Civ. P. 54(d).  The Court notes that Defendants filed a proposed Bill Of Costs on March 26, 2007, which the Clerk of the Court shall consider after Defendants comply with the requirement to confer set forth in D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this  27  day of March, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court