IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  03-cv-0466-ZLW-BNB

JAMES RALPH DAWSON, JR.,

      Plaintiff,

v.

SHANE JOHNSON, and
JOHN BOWKER,

      Defendants.

_____

ORDER
_____

The matter before the Court is Plaintiff's Renewed Motion For Judgment As A Matter Of Law Pursuant To Fed. R. Civ. P. 50(a)(1)(2)(b).  The Court has reviewed Plaintiff's motion and the legal authority set forth therein.  It is

ORDERED that Plaintiff's Renewed Motion For Judgment As A Matter Of Law Pursuant To Fed. R. Civ. P. 50(a)(1)(2)(b) (Doc. No. 170) is denied.

DATED at Denver, Colorado, this __28__ day of March, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court